UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
Karen Oldenburg                                    Case No.09-58782-swr
      Debtor                                     Chapter 13
                                                 Honorable Steven W. Rhodes

Karen Oldenburg
      Plaintiff                                  Adv. Proc. No.09-    -swr

v.

Bank of America
Defendant


## COMPLAINT TO AVOID SECURITY INTEREST IN REAL PROPERTY LOCATED AT 6079 BOYNE DRIVE, YPSILANTI MI 48197

Debtor, by and through her attorneys, Marrs & Terry, PLLC, now comes and states the following complaint:

1. Plaintiff brings this complaint pursuant to 11 U.S.C. §506, and submits herself to jurisdiction of this Court through Fed. R. Bankr. P §7001 and §7004.
2. Debtor filed a Voluntary Chapter 13 petition with this court on June 15, 2009.
3. The Debtor has two separate mortgages on her principle residence located at 6079 Boyne Drive, Ypsilanti MI 48197 located in Washtenaw County and more particularly described as.

    Township of Ypsilanti, County of Washtenaw, State of Michigan:
    Unit 2, ASPEN RIDGE SQUARE, according to the recorded condominium plat thereof, Washtenaw County Records.
    Tax Id: K-11-30-201-002

4. The first mortgage is held by Chase Manhattan Mortgage, and has an outstanding balance of $179,578.00 according to the stated balance on the Debtor's credit report at the time of filing. Said first mortgage is recorded at the Washtenaw County Register of Deeds in Liber 4616 Page 736. The second mortgage is held by Bank of

America and has a balance of $33,362.00 according to the Debtor's credit report. Said second mortgage is recorded at the Washtenaw County Register of Deeds in Liber 4616 Page 737.

5. The property has a current value of $155,600.00 according to Debtor's schedules and a current market analysis.
6. In order for Defendant's mortgage to be secured by even $1, the property would have to be of value in excess of the first mortgage and any outstanding property taxes, which is no less than $179,578.00.
7. Debtor is entitled to avoid the claimed security interest of Bank of America as to the second mortgage on the Debtor's property under the provisions of 11 U.S.C. §506, as the Defendant's second mortgage lien is not an "allowed secured claim" as defined by the Code and applicable case law.
8. As such, the Defendant does not have a valid lien or security interest as to the second mortgage on the property at 6079 Boyne Drive, Ypsilanti MI 48197 and should therefore be treated as a general unsecured creditor whose claim will be paid as a Class 8 creditor.
9. The interests of good faith and justice support the requested relief.

WHEREFORE, Debtor requests that this Honorable court grant the requested relief to avoid Bank of America's security interest and lien in the real estate located at 6079 Boyne Drive, Ypsilanti MI 48197 as it relates to the second mortgage.

Respectfully Submitted,

Dated: June 16, 2009     ___/s/Tricia Stewart Terry___
TRICIA STEWART TERRY (P59522)
Marrs & Terry, PLLC
6553 Jackson Rd
Ann Arbor MI 48103
734-663-0555
TTerry3272@aol.com