UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

Karen Oldenburg

                          /

  Debtor(s).

Case: 09-58782
Chapter: 13
Judge: Rhodes

## CERTIFICATE OF SERVICE

    The undersigned certifies that on June 16, 2009 a copy of the CHAPTER 13 PLAN was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

    **See Attached Matrix List

/S/ Amie Duffy
Amie Duffy
Marrs & Terry, PLLC
6553 Jackson Rd
Ann Arbor, MI 48103
(734) 663-0555
marrsandterry@yahoo.com