```
Label Matrix for local noticing          Bac / Fleet Bankcard                     Bank Of America
0645-2                                   Po Box 26012                             475 Crosspoint Pkwy
Case 09-58782-swr                        Greensboro, NC 27420-6012                Getzville, NY 14068-1609
Eastern District of Michigan
Detroit
Tue Jun 16 12:39:10 EDT 2009

Chase Manhattan                          Chase Manhattan Mtg                      Citi
Attn:  Bankruptcy Research Dept          G7-Pp                                    Po Box 6241
3415 Vision Dr                           3415 Vision Dr.                          Sioux Falls, SD 57117-6241
Columbus, OH 43219-6009                  Columbus, OH 43219-6009


Coummunity First Credit Union            Discover Fin                             Kohls
9637 N. Greenville Rd                    Attention:  Bankruptcy Department        Attn:  Recovery
Lakeview, MI 48850-9107                  Po Box 3025                              Po Box 3120
                                         New Albany, OH 43054-3025                Milwaukee, WI 53201-3120


Macys/fdsb                               Sams Club                                US Trustee
Macy's Bankruptcy                        Attention:  Bankruptcy Department        211 W Fort St
Po Box 8053                              Po Box 103104                            Detroit, MI 48226-3277
Mason, OH 45040-8053                     Roswell, GA 30076-9104


Unvl/citi                                Karen Oldenburg                          Tricia Stewart Terry
Attn.: Centralized  Bankruptcy           6079 Boyne Drive                         6553 Jackson Rd.
Po Box 20507                             Ypsilanti, MI 48197-1039                 Ann Arbor, MI 48103-9598
Kansas City, MO 64195-0507



End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14
```