# United States Bankruptcy Court
### Eastern District of Michigan

In re **Karen Oldenburg**　　　　　　　　　　　　　　　　　　　Case No. **09-58782**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter **13**

## PAYMENT ORDER

　　The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **Gift of Life**
　　　　　　　　　　　　　　　　　　**3861 Research Park Drive**
　　　　　　　　　　　　("Payor"), at **Ann Arbor, MI 48108**

immediately forward and make payable to: **Krispen S. Carroll**
　　　　　　　　　　　　　　　　　　　　**Chapter 13 Trustee**
　　　　　　　　　　　　　　　　　　　　**P.O. Box 2018**
　　　　　　　　　　　　　　　　　　　　**Memphis, TN 38101-2018**

**$138.46** per ** **Bi-weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Karen Oldenburg (SSN: xxx-xx-9790)**

.

**Signed on June 17, 2009**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

**\*\*weekly　　　bi-weekly　　　semi-monthly　　　monthly**