UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN-DIVISION-DETROIT

IN RE:

Karen Oldenburg,                           Case No. 09-58782-SWR
                                           Honorable Steven W. Rhodes
                                           Chapter 13

              Debtors.
_____/

## AFFIDAVIT OF SPECIAL CIRCUMSTANCES

I, Karen Oldenburg, after being duly sworn, state as follows:

1). I work for Gift of Life in organ procurement.
2.) I received excessive overtime prior to filing as the beginning of the year is our busiest time for organ donation.
3.) I will not regularly receive this much overtime.

Dated: 9/29/09                                    _____
                                                  Signature

Subscribed and sworn to before me
this 29 day of September, 2009.

_____, Notary public

Washtenaw _____ County of Michigan

My commission expires: 01/01/2015

Acting in Washtenaw _____