**United States Bankruptcy Court**
**Eastern District of Michigan**

In re:
KAREN OLDENBURG,                                              Case No. 09-58782-SWR
                                                                                                  Honorable Steven W. Rhodes
                                                                                                  Chapter 13
                        Debtors.
_____/

ORDER CONFIRMING PLAN

       The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.
       Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.
       IT IS FURTHER ORDERED that the claim of
attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.

       IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
       All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.
       IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

 X The Debtor shall remit 100% of any bonuses received during the pendency of the Plan to the Chapter 13 Trustee.

 X The Debtor shall continue to pay Aspen Ridge Square Homeowners Association/Kramer-Triad directly as the obligation is current and a relationship is maintained with the Creditor.

 X The Debtors shall remit __100_____% of all tax refunds to which Debtors are entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtors become entitled during the pendency of this Chapter 13 proceeding. The Internal Revenue Service will be served a copy of this order and shall have 25 days to object to this order.

APPROVED

/s/ Krispen S. Carroll_____                                     /s/ Melissa D. Francis, Esq_____
KRISPEN S. CARROLL(P49817)                                                Melissa D. Francis, Esq. (P61495)
MARGARET CONTI SCHMIDT (P42945)                               Marrs & Terry, PLLC
MARIA GOTSIS (P67107)                                                              Attorneys for Debtors
719 Griswold Street                                                                         6553 Jackson Rd.
1100 Dime Building                                                                          Ann Arbor, MI 48103
Detroit, MI 48226                                                                            marrsandterry@yahoo.com
313-962-5035
notice@det13ksc.com

**Objections Withdrawn:**

/s/Susan Jill Rice_____                                          /s/Pam Glasser_____
For Creditor: JPMorgan Chase                                             For Creditor: Aspen Ridge Square
Brandt, Fisher, Alward & Roy, P.C.
1241 East Eighth Street, Post Office Box 5817
Traverse City, MI 49696-5817
231-941-9660
manderson@bfarlaw.com

                                                                    .

**Signed on October 17, 2009**

                                                                      **_____/s/ Steven Rhodes_____**
                                                                        **Steven Rhodes**
                                                                        **United States Bankruptcy Judge**