**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**
**Karen Oldenburg,**

CHAPTER 13
CASE NO. 09-58782-SWR
**Debtor.** JUDGE: Steven W. Rhodes
_____/

# STIPULATION MODIFYING PLAN

This matter being set for hearing on _____5/12/10_____ regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case.   ☐ confirmation.
☐ a motion to lift stay as to creditor_____
☒ Other: Plan Modification

the parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY STIPULATED** that the Chapter 13 Plan is modified as follows:
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY)*

**X** Debtor(s) plan payments shall be increased from $ 138.46 to $ 151.06 per bi-weekly effective May 12, 2010 in lieu of the remaining 2009 tax refunds.

**X** Debtor shall not be required to submit $2,568.00 of the 2009 Tax Refund to the Chapter 13 Trustee.

**IT IS FURTHER STIPULATED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

/s/ Krispen S. Carroll
KRISPEN S. CARROLL (P49817)
Chapter 13 Trustee
719 Griswold, 1100 Dime Building
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

/s/ Melissa D. Francis, Esq. (P61495)
Marrs and Terry, PLLC
Attorneys for Debtors
6553 Jackson
Ann Arbor, MI 48103
734-663-0555
marrsandterry@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**
**Karenen Odenburg,**

CHAPTER 13
CASE NO. 09-58782-SWR
**Debtor.** JUDGE: Steven W. Rhodes
_____/

This matter being set for hearing on _____5/12/10_____ regarding

[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:

_____ a motion to dismiss case.    _____ confirmation.

_____ a motion to lift stay as to creditor_____

  X    Other: Plan Modification

the parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the Chapter 13 Plan is modified as follows:
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY)*

**X D**ebtor(s) plan payments shall be increased from $ __138.46__ to $ __151.06__ per _____bi-weekly_____ effective _____May 12, 2010_____ in lieu of the remaining 2009 tax refunds.

**X** Debtor shall not be required to submit $2,568.00 of the 2009 Tax Refund to the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.