UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN RE:**

**Karen Oldenburg**                                    Case No. 09-58782
    Debtors.                                       Honorable Rhodes
_____/                  Chapter 13

FOURTH POST-CONFIRMATION APPLICATION FOR ATTORNEY FEES

    Tricia Stewart Terry, counsel for Debtor herein, hereby applies for the approval of attorney fees with the unpaid balance to be paid through the Debtor's chapter 13 plan.

1.

    a) Total Amount of Compensation Sought to Be Approved:    $524.00

    b) Total Amount of Expenses to Be Approved:    $0.00

    c) Balance of Retainer on Hand with Applicant:    $0.00

2.    Services for which an award are sought were rendered 10/25/2011 to 7/23/2012.

3.    Services provided included but were not limited to:

    **Debtor's counsel reviewed mortgage payment change, case file, and trustee records. Debtor's counsel had communication with client re: plan payments, plan options, and case.**

4.    Not applicable

5.    Said services benefited the estate by: Continued to Distribution to Creditors and maintaining plan feasibility.

    The current status of the case and the impact on the plan resulting from approval of this application is: Payments to creditors may be delayed

6.    Future services to be provided include continued case monitoring and review as well as motion practice.

7. Not applicable

8. Not applicable

9.    The amount of compensation previously awarded by the court is as follows:$4707.30

**10.    A copy of this fee application was sent to the debtor via United States mail on July 24, 2012, 7 days prior to the filing of this fee application. The debtor neither approved nor disapproved the fee application.**

      WHEREFORE, the Court is respectfully requested to enter an Order directing the payment of $524.00 to the undersigned counsel for the Debtor as an administrative expense out of the Debtor's chapter 13 plan for legal services and fees provided.

Dated: July 31, 2012            ___/s/Tricia Stewart Terry_____
                                    TRICIA STEWART TERRY (P59522)
                                    MARRS & TERRY, PLLC
                                    marrsandterry@yahoo.com
                                    6553 Jackson Rd
                                    Ann Arbor, MI  48103
                                    734-663-0555

**Exhibit 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE:

**Karen Oldenburg**  Case No. 09-58782
    Debtors.  Honorable Rhodes
_____/  Chapter 13

**ORDER APPROVING FOURTH POST-CONFIRMATION FEE APPLICATION**

This matter having come before the Court upon the application of Marrs & Terry, PLLC, and all interested parties having been served with notice of the application and the provisions of LBR 2016 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

    | | |
    |---|---|
    | PRIOR AWARD(S) FOR FEES: | $4707.30 |
    | PRIOR AWARD(S) FOR COSTS: | $0.00 |
    | TOTAL AWARD TO DATE: | $4707.30 |
    | | |
    | THIS AWARD FOR FEES: | $524.00 |
    | THIS AWARD FOR COSTS: | $0.00 |
    | TOTAL THIS AWARD: | $524.00 |
    | | |
    | <u>GRAND TOTAL FEES AND COSTS</u> | $5231.30 |
    | LESS AMOUNT PAID BY DEBTOR AND TRUSTEE | ($4707.30) |
    | **BALANCE TO BE PAID BY TRUSTEE** | **$524.00** |

2. This award covers services rendered and expenses incurred during the time period of 10/25/2011 through 7/23/2012.

3. To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.

**Exhibit 2**

**Not applicable**

**Exhibit 3**

**Exhibit 4**

| Attorney | Hourly Rate | Total Number of Hours | |
|---|---|---|---|
| Michelle Marrs | $240 | 0.40 | =$96.00 |
| Tricia Stewart Terry | $240 | 1.40 | =$336.00 |
| Melissa Francis | $230 | 0.40 | =$92.00 |
| Jeffrey Bennett | $215 | 0.00 | |

Total $524.00/2.2 hours=$238.18

Total Blended hourly attorney rate:                $238.18

Paraprofessionals

| | | |
|---|---|---|
| Amie Duffy | $90 | 0.00 |
| Jennifer Keener | $50 | 0.00 |
| Jessica Hall | $50 | 0.00 |

Total $0.00/.0hours=$0.00

Total Blended hourly paraprofessional rate:                $0.00

**Exhibit 5**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | In Reference To: **CASE ADMINISTRATION (Labor)** | | |
| 10/25/2011 | TT | *CASE ADMINISTRATION* <br> email from client re 2009 taxes, review trustee records and plan, responded | 0.40 at $240.00/hr | $96.00 |
| 10/26/2011 | MF | *CASE ADMINISTRATION* <br> T/c with client re: 2009 tax return and refund and IRS issues. Review of Trustee records. | 0.20 at $230.00/hr | $46.00 |
| 11/09/2011 | TT | *Phone Call* <br> TC client re plan | 0.10 at $240.00/hr | $24.00 |
| 01/25/2012 | MF | *CASE ADMINISTRATION* <br> Review of Mortgage payment change for direct payment mortgage and schedules, review plan | 0.20 at $230.00/hr | $46.00 |
| 01/26/2012 | TT | *CASE ADMINISTRATION* <br> review trustee records for plan completion, pay history, tax refunds, plan calculation, letter to client, note file | 0.40 at $240.00/hr | $96.00 |
| 02/08/2012 | TT | *Phone Call* <br> TC client re plan options and payments | 0.20 at $240.00/hr | $48.00 |
| 05/02/2012 | TT | *CASE ADMINISTRATION* <br> review trustee records for plan completion, pay history, plan calculation, note file | 0.30 at $240.00/hr | $72.00 |
| 07/23/2012 | MM | *CASE ADMINISTRATION* <br> review trustee receipts and disbursements, review trustee records, plan calculation, note file | 0.30 at $240.00/hr | $72.00 |

*Total Hours:* 2.10 hrs
*Labor:* $500.00
**Total Amount: $500.00**

In Reference To: **Fee Application Preparation (Labor)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/23/2012 | MM | *FEE APPLICATION PREPARATION* <br> prepare fee application | 0.10 at $240.00/hr | $24.00 |

*Total Hours:* 0.10 hrs
*Labor:* $24.00
**Total Amount: $24.00**

*Total Labor:* $524.00
**Total Invoice Amount: $524.00**

**Exhibit 6**

CURRICULUM VITAE

<u>MICHELLE MARRS</u>
B.A. University of Wisconsin-Stevens Point
    Major-Business Administration
    Minor-Economics
JD  Thomas M Cooley Law School, Cum Laude
Coursework towards LLM-Wayne State University (15 credit hours)
Partner with Marrs & Terry, PLLC since 1998
Licensed to practice law:
        State of Michigan
        Federal Courts-Eastern District of Michigan
            Western District of Michigan
            Northern District of Ohio
2004 NACTT conference attendee
2005 NACBA conference attendee
2007 ABI Detroit Veterans Day Seminar Attendee
Member of the Washtenaw County Bar Association
2008 ABI Conference 6-12-08 thru 6-15-08 Traverse City, MI
2009 ABI Conference Attendee Traverse City MI
2010 ABI Conference Attendee  Traverse City MI

<u>TRICIA STEWART TERRY</u>
B.S. Eastern Michigan University
    Honors Program Graduate
    Major-Criminal Justice
    Golden Key National Honor Society Member
JD Thomas M Cooley Law School, Cum Laude
    Law Review member
    Grade Appeals Board member
JD  Thomas M Cooley Law School, Cum Laude
Coursework towards LLM-Wayne State University (12 credit hours)
Intern/Associate for General Motor Domestic Tax Staff
Partner with Marrs & Terry, PLLC since 1998-(90% practice in bankruptcy, Eastern and Western District of Michigan since 2002)
Licensed to practice law:
        State of Michigan
        Federal Courts-Eastern District of Michigan
            Western District of Michigan
            Northern District of Ohio
2004 NACTT conference attendee
2004 Western District Federal Bar Association conference attendee
2005 Western District Federal Bar Association conference attendee
2006 Western District Federal Bar Association conference attendee
2006 ABI Central States Bankruptcy workshop attendee
2006 Advanced Practice Consumer Bankruptcy Institute Attendee
2006 NACTT conference attendee
2006 ICLE "Understanding the Bankruptcy Reform Act" Seminar Moderator
2007 ABI Central States Bankruptcy Seminar Attendee
2007 ABI Detroit Veterans Day Seminar Attendee
ABI member
Western District Federal Bar Association Member
NACTT member

Washtenaw County Bar Association Member
2008 ABI Conference 6-12-08 thru 6-15-08 Traverse City, MI
2009 ABI Conference Attendee Traverse City MI
2010 ABI Conference Attendee  Traverse City MI

MELISSA D. FRANCIS
B.A. Michigan State University James Madison College
      Major-International Relations
JD   Wayne State University Law School
Associate attorney Marrs & Terry, PLLC
Associate attorney Kilpatrick & Associates P.C.-focusing on bankruptcy creditor representation.
Licensed to practice law:
      State of Michigan
      United States District Court, Eastern and Western District of Michigan
      United States Supreme Court Bar

Delta Theta Phi Metro Detroit Alumni Senate, past Dean
American Bankruptcy Institute Member
Consumer Bankruptcy Association Member
2005 CBA Seminar on BAPCPA attendee
2006 ABI Central States Seminar Attendee
2007 Consumer Bankruptcy Nuts & Bolts Seminar Attendee
2007 ABI Central States Bankruptcy Seminar Attendee
2007 ABI Detroit Veterans Day Seminar Attendee
2008 ABI Conference 6-12-08 thru 6-15-08 Traverse City, MI
2009 ABI Conference Attendee Traverse City MI
2010 ABI Conference Attendee  Traverse City MI


JEFFREY G. BENNETT

B.S. Eastern Michigan University, *Cum Laude*
    Major: Criminal Justice, Public Law, and Government
        Honors: President of the Adahi Chapter of EMU's Mortar Board

J.D., George Washington University National Law Center, *Cum Laude*
    Honors: Scholarship Board of Trustee's

Auld, Hortin, & Bennett, Ann Arbor, MI   General Practice including Bankruptcy 2000-2007

Licensed to Practice Law:
      State of Michigan
      United States District Court, Eastern and Western District of Michigan

American Bankruptcy Institute Member

2002 United States Bankruptcy Court Western District of Michigan Chapter13 Nuts and Bolts Conference Attendee
2007 ABI Detroit Veterans Day Seminar Attendee
2009 ABI Conference Attendee Traverse City MI
2010 ABI Conference Attendee  Traverse City MI


ROBERT KEYES
B.S. University of Illinois – Urbana Champaign
    Aeronautical & Astronomical Engineering
      High Honors

Course work in Mathematical Theory - University of Illinois – Urbana-Champaign
M.S.E. University of Michigan
    Computer, Information, & Control Engineering
J.D. Wayne State University – Detroit, MI
Associate attorney Marrs & Terry, PLLC
Solo Practice – Robert Keyes Law, 2009-2001, 90% bankruptcy EDMI

Licensed to practice law:
    State of Michigan
    Federal Court-Eastern District of Michigan
Member of Washtenaw Country Bar Association
Co-chair of Washtenaw Country Bar Association Bankruptcy Law Section
Past Co-chair of Washtenaw Country Bar Association Criminal Law Section

2009 Fall Detroit Consumer Bankruptcy Conference
2010 Fall Detroit Consumer Bankruptcy Conference

KAITLY A. SUNDT

B.A. Michigan State University, *Cum Laude*
    Major: Psychology
    Honors: President of Pre-Law Society, member of Psi Chi the International Honors Society in Psychology, Dean's List

J.D., Wayne State University Law School
    Honors: Scholarship Board of Trustee's

Associate Attorney, Marrs & Terry, PLLC
Law Clerk, The Stempien Law Firm, Northville, MI   General Practice
Licensed to Practice Law:
    State of Michigan
    United States District Court, Eastern District of Michigan

Detroit Metropolitan Bar Association
American Bar Assocation


JENNIFER KEENER-LEGAL ASSISTANT
2004-present Legal Assistant at Marrs & Terry, PLLC-100% focus on Chapter 13 bankruptcy cases for both Eastern and Western District of Michigan.
2007 Western District Federal Bankruptcy Seminar Attendee
Active Member of The Association of Legal Assistants

JESSICA L. HALL-LEGAL ASSISTANT
2006-present Legal Assistant at Marrs & Terry, PLLC-Split duties between Chapter 7 and Chapter 13 bankruptcy cases for both Eastern and Western District of Michigan.
Active Member of The Association of Legal Assistants

AMIE DUFFY-PARALEGAL
2008-present Paralegal at Marrs & Terry, PLLC-Split duties between Chapter 13 bankruptcy cases for the Eastern and Western District of Michigan and General Practice
B.S. Madonna University, 2007
    Honors Program graduate

Major-Paralegal Studies
Certified Paralegal

ALEX SAVICKAS-PARALEGAL
06/2011->Present Marrs & Terry, PLLC
Title: Legal Assistant 100% focus on Chapter 13 bankruptcy cases IN Eastern District of Michigan
Law Office of Georgette David				06/2009->03/2011
Title:  Process Server/ Research Assistant
Effected service upon a defendant for a Collections case.
Conducted research for an ERISA matter with a focus on determining which specific court's caselaw provided the client with the most favorable grounds for successful litigation.
Vincent and Fifelski, PC					09/2008->08/2009
Title:	Court Runner/Clerical Assistant
Filed legal documents with courthouses in Wayne County, Washtenaw County and Lenawee County.
Law Office of Linda A. Phillips			06/2008 -> 09/2008
Title:	Office Assistant Filed legal documents with the 22nd Circuit Court, Ann Arbor, MI.

Graduated with a Bachelor of Science in Paralegal Studies in May 2010.Successfully completed Tort Law, Business Law, Real Estate Law, Family Law, Court Forms and Office Technology while a Paralegal Major at EMU.

Completed International Law courses in both England and The Netherlands while studying abroad for the 2007-2008 academic year.

**Exhibit 7**

| Expenses: | $0.00 |
|---|---|

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

**Karen Oldenburg**  Case No. 09-58782
  Debtors.  Honorable Rhodes
_____/  Chapter 13

NOTICE OF APPLICATION FOR ATTORNEY FEES

Tricia Stewart Terry, counsel for Debtor, has filed papers with the court requesting attorney fees for work done during debtor's Chapter 13 bankruptcy.
  Total Amount of Compensation Sought to Be Approved:  $524.00
  Total Amount of Expenses to Be Approved:  $0.00
  Balance of Retainer on Hand with Applicant:  $0.00

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to allow the application for attorney fees, or if you want the court to consider your views on the motion, then within 21 days, you or your attorney must:

File with the court a written response or an answer, explaining your position at:

United States Bankruptcy Court
211 W. Fort Street
Detroit, MI  48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:
Tricia Terry  Krispen Carroll
Marrs & Terry, PLLC  719 Griswold
6553 Jackson Rd  Suite 1100
Ann Arbor, MI  48103  Detroit, MI 48226

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Dated: July 31, 2012  \_\_\_\_/s/Tricia Stewart Terry\_\_\_\_\_
  TRICIA STEWART TERRY P59522
  Marrs & Terry, PLLC
  marrsandterry@yahoo.com
  6553 Jackson Rd
  Ann Arbor, MI  48103
  734-663-0555